ACCEPTED
03-15-00174-CV
5663012
THIRD COURT OF APPEALS
AUSTIN, TEXAS
6/12/2015 3:57:49 PM
JEFFREY D. KYLE
CLERK

No. 03-15-00174-CV

LEVI MORIN,
   *Appellant,*

v.

LAW OFFICE OF KLEINHANS
  GRUBER, PLLC,
   *Appellee.*

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
6/12/2015 3:57:49 PM
JEFFREY D. KYLE
Clerk

Third Court of Appeals

Austin, Texas

## Updated Certificate of Conference on
## Morin's Motion for 1-day Briefing Extension

Kimberly Kleinhans informed me by email on June 12, 2015, that (1) the firm opposes the requested extension and (2) it intends to file a response to the motion.

Respectfully submitted,

THE OLSON FIRM PLLC

/s/ Leif A. Olson
Leif A. Olson
  leif@olsonappeals.com
  State Bar No. 24032801
PMB 188
4830 Wilson Road, Suite 300
Humble, Texas 77396
(281) 849-8382
**Counsel for Appellant Levi Morin**

## Certificate of Service

On June 12, 2015, I served a copy of this *Updated Certificate of Conference on Morin's Motion for 1-day Extension* upon Kimberly Kleinhans by electronic service with a courtesy copy to Keith Kleinhans (keith@lawofficeofkg.com) by email.

Law Office of Kleinhans Gruber, PLLC
Kimberly G. Kleinhans
kim@lawofficeofkg.com
700 Lavaca, Suite 1400
Austin, Texas 78701
**Counsel for appellee**

/s/ Leif A. Olson